**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01456-BNB

PIERRE TERRON-O'NEAL WATSON,

    Plaintiff,

v.

T. K. COZZA-RHODES, Warden,
DAN CLARK, Lieutenant,
ED VINCENT, Counselor,
JOHN DOE, Secret Service Agent,
JEFF GEORGE, Disciplinary Hearing Officer,
OFFICER ROMINE, Correctional Officer, and
MIRANDA AVALOS, Lieutenant,

    Defendants.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Pierre Terron-O'Neal Watson, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Pine Knot, Kentucky. He has submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4), an amended Prisoner Complaint (ECF Nos. 7) pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), and a separate supporting memorandum, which the order of June 12, 2013 (ECF No. 5), directed him not to file. He will be directed in a separate order to file a second amended Prisoner Complaint that complies with the June 12 order and other pleading requirements.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any

papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted in full (must use the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official)
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted is not for the 6-month period immediately preceding this filing)
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court. Only an original has been received.
(10) ___  other:

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form (must use the court's current form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  An original and a copy have not been received by the court. Only an original has been received.
(17) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___  names in caption do not match names in text
(19) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the amended complaint and the action will be dismissed without further notice.

3

DATED June 27, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3