**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01456-PAB-MJW

PIERRE TERRON O'NEAL WATSON,

    Plaintiff,

v.

T.K. COZZA-RHODES, Warden,
DAN CLARK, Lieutenant,
ED VINCENT, Counselor,
JEFF GEORGE, Disciplinary Hearing Officer, and
MIRANDA AVALOS, Lieutenant,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 43] of Judge Philip A. Brimmer entered on April 10, 2014, it is

    **ORDERED** that the Recommendation of United States Magistrate Judge Michael J. Watanabe [Docket No. 39] is **ACCEPTED**.  It is further

    **ORDERED** that Defendants George, Cozza-Rhodes and Avalos's Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies [Docket No. 33] is **GRANTED** and the claims against defendants JEFF GEORGE, T.K. COZZA-RHODES, and MIRANDA AVALOS are dismissed without prejudice.  It is further

**ORDERED** that the claims against unserved defendants DAN CLARK and ED VINCENT are dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2) on the basis of failure to exhaust administrative remedies.  It is further

**ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff.  It is further

**ORDERED** that defendants T.K. COZZA-RHODES, DAN CLARK, ED VINCENT, JEFF GEORGE, and MIRANDA AVALOS are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 11th day of April, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/   Kathy Preuitt-Parks

       Kathy Preuitt-Parks
       Deputy Clerk